# AFFIDAVIT OF SERVICE

| Case:<br>1:20<br>CV<br>0142 | Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | County: | Job:<br>4316502 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>CLIFF URBAN, | | **Defendant / Respondent:**<br>Harvey Police Officer Brian Duffy, | |
| **Received by:**<br>Nationwide Investigations | | **For:**<br>Ed Fox & Associates | |
| **To be served upon:**<br>BRIAN DUFFY - CITY OF HARVEY POLICE DEPARTMENT | | | |

I, Kyle Clutter, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| **Recipient Name / Address:** | Ofc Ruff, Company: 15301 DIXIE HWY, HARVEY, IL 60426 |
| **Manner of Service:** | Authorized, Feb 24, 2020, 10:50 am CST |
| **Documents:** | Summons (Received Feb 14, 2020 at 4:19am CST), Complaint (Received Feb 14, 2020 at 4:19am CST) |

**Additional Comments:**

1) Successful Attempt: Feb 24, 2020, 10:50 am CST at Company: 15301 DIXIE HWY, HARVEY, IL 60426 received by Ofc Ruff. Relationship: Authorized Agent ;

_____  02/24/2020

Kyle Clutter                                    **Date**

115-002370

Nationwide Investigations
116 W Jackson Suite 254
Chicago , IL 60604
312-361-3598